United States District Court

Eastern District of California

Clyde T. Gambles,

    Petitioner,

vs.

K. Prosper,

    Respondent.

No. Civ. S 05-0512 LKK PAN P

Order

-oOo-

August 11, 2005, respondent requested an extension of time to file and serve an answer to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: August 16, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge