United States District Court

Eastern District of California

Clyde T. Gambles,

       Petitioner,                   No. Civ. S 05-0512 LKK PAN P

  vs.                                 Order

K. Prosper, Warden,

       Respondent.

-oOo-

September 16, 2005, respondent requested an extension of time to file and serve a response to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed. No further extensions will be granted in the absence of an emergency.

So ordered.

Dated: September 20, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge