United States District Court

Eastern District of California

Clyde T. Gambles,

       Petitioner,      No. Civ. S 05-0512 LKK PAN P

  vs.                  Findings and Recommendations

K. Prosper,

       Respondent.

-oOo-

    September 20, 2005, an order was duly served by mail but returned by the postal service.

    A party appearing without counsel must keep the court and all parties apprised of his current address. L.R. 83-183(b). If mail directed to such a petitioner is returned by the postal service and petitioner fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

More than 60 days have passed since the postal service returned the order and petitioner has not notified the court of his current address.

Accordingly, I hereby recommend that this action be dismissed for petitioner's failure to keep the court apprised of his current address. <u>See</u> Local Rules 83-182(d) and 11-110.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these findings and recommendations are submitted to the United States District Judge assigned to this case. Within 20 days after being served with these findings and recommendations, petitioner may file written objections. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated: January 5, 2006.

    /s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge