United States District Court

Eastern District of California

Clyde T. Gambles,

     Petitioner,                      No. Civ. S 05-0512 LKK PAN P

  vs.                              Order

K. Prosper,

     Respondent.

-oOo-

January 6, 2006, I recommended this action be dismissed without prejudice for petitioner's failure to keep the court apprised of his current address. Petitioner has objected.

Upon review of the objections and the docket, I find petitioner notified the court of his new address but the Clerk of the Court served papers on petitioner at his old address.

Accordingly, the January 6, 2006, findings and recommendations are vacated. Respondent shall file and serve an

///

answer to the petition within 30 days of the date of this order.

So ordered.

Dated: February 2, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge