IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE T. GAMBLES,

        Petitioner,                  No. CIV S-05-0512 LKK PAN P

    vs.

K. PROSPER,

        Respondent.              <u>ORDER</u>

           On March 10, 2006, respondent requested a third extension of time to file and serve an answer pursuant to the court's order of February 3, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

           1. Respondent's March 10, 2006, motion for an extension of time is granted; and

           2. Respondent has 30 days from the date of this order to file and serve an answer. No further requests will be granted.

DATED: April 6, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

\004
\ gamb0512..grnt rsp oet