IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLYDE T. GAMBLES,

    Petitioner,        No. CIV S-05-0512 LKK PAN P

  vs.

K. PROSPER,

    Respondent.        <u>AMENDED ORDER</u>

        On March 10, 2006, respondent requested an extension of time to file and serve a response to the petition. On March 30, 2006, respondent filed a motion to dismiss the petition and on April 3, 2006, respondent filed an amended motion to dismiss. On April 7, 2006, the court granted respondent's request for an extension of time.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's March 10, 2006, request for an extension of time is granted; and

        2. The court accepts respondent's motions of March 30, 2006 and April 3, 2006 as timely filed.

DATED: April 18, 2006.

UNITED STATES MAGISTRATE JUDGE

\004
\gamb0512.amended 111